■■■ MARK A. SOBOL, Respondent-Appellant, v K MART CORPORATION et al., Appellants-Respondents. [715 NYS2d 193] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied that part of defendants' motion for summary judgment dismissing the Labor Law § 240 (1) claim. Defendants failed to establish as a matter of law that plaintiff was injured in the course of performing routine maintenance rather than repairing the sign (see, Smith v Shell Oil Co., 85 NY2d 1000, 1002; Izrailev v Ficarra Furniture, 70 NY2d 813, 815). (Appeals from Order of Supreme Court, Erie County, O'Donnell, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Lawton, JJ.

■■■ THOMAS P. CLAFFEY et al., Plaintiffs, v RICHARD J. CROSS et al., Defendants. COUNTY OF MONROE, Third-Party Plaintiff-Appellant, v SEALCOATING, INC., Third-Party Defendant-Respondent. [715 NYS2d 363] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Indemnification.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Lawton, JJ.